■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINWOOD WRIGHT, Appellant. [731 NYS2d 396] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered October 26, 1999, convicting him of murder in the second degree and reckless endangerment in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention on appeal, the Supreme Court providently exercised its discretion in denying

his request, made on the eve of trial, for the substitution of trial counsel. The defendant had been afforded a reasonable opportunity to retain counsel of his own choosing before trial (*see, People v Arroyave,* 49 NY2d 264, 271), and the Supreme Court's conclusion that the defendant's request was a delaying tactic is supported by the record (*see, People v Tineo,* 64 NY2d 531; *People v Robinson,* 285 AD2d 478; *People v Gloster,* 175 AD2d 258).

The defendant's remaining contentions regarding the prosecution's opening statement and summation are either unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Balls,* 69 NY2d 641) or without merit. O'Brien, J. P., Friedmann, Smith and Cozier, JJ., concur.